# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Peter Camps <br>                 <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-12338 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC as Servicer for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2004-BC1, and index same on the master mailing list.

Re: Loan # Ending In: 0693

                                                          Respectfully submitted,

                                                          **/s/Joshua I. Goldman , Esquire**
                                                          Joshua I. Goldman, Esquire
                                                          Thomas Puleo, Esquire
                                                          KML Law Group, P.C.
                                                          701 Market Street, Suite 5000
                                                          Philadelphia, PA 19106-1532
                                                          (215) 825-6306  FAX (215) 825-6406