United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-12338-amc
Peter A. Camps                                                          Chapter 13
                Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2          Date Rcvd: Aug 23, 2016
                              Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2016.
```
db             +Peter A. Camps,    5333 Vine Street,    Philadelphia, PA 19139-1413
cr             +Nationstar Mortgage, LLC as servicer for The Bank,    c/o Kevin S. Frankel, Esquire,
                 Shapiro & DeNardo, LLC,    3600 Horizon Boulevard,    Suite 150,
                 King of Prussia, PA 19406-4702
13703746       +Acs/bank Of America,    501 Bleecker St,    Utica, NY 13501-2401
13703747        Capital Collection Svc,    300 N State Hwy #73,    West Berlin, NJ 08091
13703749       +Conserve,    200 Cross Keys Office Pa,    Fairport, NY 14450-3510
13703751       +Debt Recovery Solution,    900 Merchants Conc,    Westbury, NY 11590-5121
13703750       +Debt Recovery Solution,    Attention: Bankruptcy,    900 Merchants Concourse Ste Ll11,
                 Westbury, NY 11590-5121
13703752       +KML Law Group,    701 Market St.,    Suite 500,    Philadelphia, PA 19106-1538
13703755      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    350 Highland Dr,    Lewisville, TX 75067)
13703754       +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
13703756       +Philadelphia Co Drs,    34 S 11th St Rm 304,    Philadelphia, PA 19107-4912
13703757       +US BANK NA, As Trustee,    c/o Linebarger Goggan Blair Sampson,    4 Penn Center, Ste 910,
                 1600 JFK Blvd.,    Philadelphia, PA 19103-2852
13703758       +Verizon Pen,    Verizon Wireless Department/Attn: Bankru,    Po Box 3397,
                 Bloomington, IL 61702-3397
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Aug 24 2016 01:50:26     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2016 01:50:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 24 2016 01:50:19     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13741274        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 24 2016 01:54:53
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                 Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13703748        E-mail/Text: bankruptcy@phila.gov Aug 24 2016 01:50:26     City of Philadelphia,
                 Law Department - Tax Unit,    One parkway Bldg,    1515 Arch St., 15th Fl,
                 Philadelphia, PA 19102-1595
13703753       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 24 2016 01:54:53     LVNV Funding,
                 Po Box 10497,    Greenville, SC 29603-0497
13706889        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 24 2016 01:55:22
                 LVNV Funding, LLC its successors and assigns as,    assignee of Santander Consumer USA,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 7
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13766593*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2016                                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Aug 23, 2016
                              Form ID: pdf900             Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2016 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
               YORK as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2004-BC1
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage, LLC as servicer for The Bank of
               New York Mellon f/k/a The Bank of New York as Trustee for CWABS, Inc. Asset-Backed Certificates,
               Series 2004-BC1 pa-bk@logs.com
              MICHAEL ADAM COHEN    on behalf of Debtor Peter A. Camps mcohen1@temple.edu
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PETER A. CAMPS                        Chapter 13

                Debtor                 Bankruptcy No. 16-12338-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _23rd_ day of _Aug_, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL A COHEN
2113 SNYDER AVE

PHILADELPHIA, PA 19145


Debtor:
PETER A. CAMPS

5333 Vine Street

Philadelphia, PA 19139-